

**Brian Uluski** added 3 new photos — with **Alex Weldon** and **55 others**.
Jun 29 at 7:55pm

On Friday June 30th at 6pm EST, AM 1510 will go silent...thanks for the memories...met a wide variety of characters over the years

WMEX 1510 BOSTON

AM 1510





## Massachusetts

## AM Station

**Market Rank**
Mkt 1-50

**Asking Price**
$1,250,000

**More Stations?**
Stand Alone

**Seller Financing?**
Will Seller Finance

**Will Seller LMA?**
Do Not Disclose

**Ad Headline**
**Make OFFER--BOSTON - POWERHOUSE AM day & night**

**Description**
Powerful full-market coverage of this top 10 market both day & night. VERY reasonably priced at just $1.25 million. Contact BROKER for complete details. Stick Value is at least $3 million. Reduced for QUICK SALE.

**Code**
2028

Click Here To Find Out More