UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH A. LIGOTTI, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DALY XXL COMMUNICATIONS, )<br>INC.; WMEX RADIO, LLC, d/b/a )<br>WMEX 1510; MARY CATHERINE )<br>REMMER, individually; BRYAN J. )<br>BERNER, individually; HENRY J. )<br>REMMER, individually; and KEVIN J. )<br>WALLIS, individually, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>16-11522-MLW |

## ORDER

**SAYLOR, J.**

On July 12, 2017, the parties appeared before the Court for a hearing on plaintiff's emergency motion for a temporary restraining order and attachment by trustee process.[1] In substance, plaintiff seeks equitable relief to prevent defendants from selling, transferring, or conveying the radio communication license for the radio station known as "WMEX" or "1510 AM." Defendant Daly XXL Communications, LLC is the licensee for that radio communication license.[2]

For the reasons stated on the record at the hearing, plaintiff's motion is GRANTED in

---

[1] The Honorable Mark L. Wolf is the judge assigned to preside over this case. The undersigned judge has been assigned to consider this emergency motion due to Judge Wolf's unavailability.

[2] Defendant Henry Remmer submitted an affidavit in opposition to plaintiff's motion representing that the caption in this case erroneously named "Daly XXL Communications, Inc.," when in fact the entity is named "Daly XXL Communications, LLC."

part and DENIED in part.  Specifically, defendant Daly XXL Communications, LLC is hereby ORDERED to notify plaintiff ten days prior to the consummation of any sale, transfer, or other conveyance of the radio communication license for the radio station known as, or that has operated under the names, "WMEX" or "1510 AM."  The motion is otherwise denied without prejudice to its renewal under appropriate circumstances.

**So Ordered.**

Dated:  July 13, 2017

/s/  F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge