UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH A. LIGOTTI, JR.　　　　　　　　　　　　　　　Civil Action 16-11522-MLW
*Plaintiff(s)*

v.

WMEX RADIO, LLC, D/B/A WMEX 1510,
ET ALS
*Defendant(s)*

## NOTICE OF DEFAULT

Upon application of the Plaintiff(s), JOSEPH A. LIGOTTI, JR., for an order of Default for failure of the Defendant(s), WMEX RADIO, LLC, D/B/A WMEX 1510, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that Defendant(s), WMEX RADIO, LLC, D/B/A WMEX 1510, has been defaulted this 29th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　　　ROBERT FARRELL, CLERK

　　　　　　　　　　　　　　　　　By:　　/s/ Christine M. Bono
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Notice mailed to:
WMEX RADIO, LLC, D/B/A WMEX 1510