# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSPEH A. LIGOTTI, JR. | |
| Plaintiff | CIVIL ACTION |
| V. | NO. 1:16-cv-11522-MLW |
| DALY XXL COMMUNICATIONS, INC., ET AL | |
| Defendants | |

## ORDER OF DISMISSAL

WOLF, D. J.

In accordance with the Memorandum and Order (Docket No. 63), dated October 8, 2021, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice.

By the Court,

October 8, 2021  
Date

/s/ Haley Currie  
Deputy Clerk