UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH LIGOTTI, JR. | ) |
|     Plaintiff, | ) |
| v. | ) Docket No. 1:16-cv-11522-MLW |
| DALY XXL COMMUNICATIONS, INC.; WMEX RADIO, LLC, d/b/a WMEX 1510; MARY CATHERINE REMMER, individually; BRYAN J. BERNER, individually; HENRY J. REMMER, individually; AND KEVIN J. WALLIS, individually | ) |
|     Defendants. | ) |

## SUGGESTION OF DEATH

Pursuant to Fed. R. Civ. P. 25(a), the Defendants Daly XXL Communications, Inc., Bryan J. Berner and Henry J. Remmer suggest the death of Defendant, Mary Catherine Remmer.

Dated: October 20, 2021

                                                            DALY XXL COMMUNICATIONS, INC.,
                                                            BRYAN J. BERNER, and
                                                            HENRY J. REMMER,

                                                            __/s/ J. Mark Dickison_____
                                                           J. Mark Dickison (BBO No. 629170)
                                                             MDickison@Lawson-Weitzen.com
                                                          Joshua M. D. Segal (BBO No. 678367)
                                                                JSegal@Lawson-Weitzen.com
                                                          LAWSON &WEITZEN, LLP
                                                          88 Black Falcon Avenue, Suite 345
                                                          Boston, Massachusetts, 02210
                                                          (617) 439-4990
                                                          (617) 439-3987 (fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants by first class mail on October 20, 2021.

      /s/ J. Mark Dickison
      J. Mark Dickison